UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENICIO VELASQUEZ,

        Plaintiff,

  v.

J. ROBUSTELLI,

        Defendant.

No. 2:16-cv-1131 CKD P

ORDER

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

      2. Within thirty days, plaintiff shall submit a completed request to proceed in forma pauperis on the form provided by the Clerk of Court along with a certified copy of his prison trust

/////

1

account statement for the six month period immediately preceding the filing of his complaint. Plaintiff's failure to comply with this order will result in dismissal.

Dated: May 31, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
vela1131.3c+new