UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICIO VELASQUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ROBUSTELLI,<br><br>　　　　　Defendant. | No.  2:16-cv-1131 JAM CKD P<br><br><br>ORDER |

　　　On December 19, 2016, plaintiff filed a motion for a temporary restraining order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. The Clerk of the Court is directed to serve a copy of plaintiff's motion for a temporary restraining order (ECF No. 20) on defendant Robustelli.

　　　2. Defendant Robustelli shall file a response to the motion within 21 days.

　　　3. Plaintiff may file a reply to defendant Robustelli's response within 21 days of service of the response.

Dated:  February 1, 2017

　　　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
vela1131.tro