UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICIO VELASQUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. ROBUSTELLI,<br><br>　　　　Defendant. | No. 2:16-cv-1131 JAM CKD P<br><br><br>ORDER |

Plaintiff has filed a document asking that the court "compel" defendant to provide plaintiff with "a complete copy of all documents related to [this case]." Discovery has not yet commenced. Also, a motion to compel is proper only after a legitimate discovery request has been presented to a defendant and denied for some reason. Accordingly, plaintiff's "motion to compel" will be denied. To the extent prison officials are denying plaintiff access to his legal materials, plaintiff should address that issue with those officials. If those officials refuse to allow plaintiff access to legal materials necessary to plaintiff's pursuit of this case, plaintiff may seek judicial intervention by identifying the material needed and the officials denying plaintiff access.

/////
/////
/////
/////

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's "motion for an order compelling discovery" (ECF No. 37) is denied.

Dated: May 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vela1131.mtc