UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENICIO VELASQUEZ, | No. 2:16-cv-1131 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. ROBUSTELLI, | |
| Defendant. | |

Plaintiff has filed a motion asking that this matter be stayed. It appears plaintiff is under the misimpression that plaintiff must exhaust California court remedies (as a petitioner in an action for a writ of habeas corpus would be required to do) with respect to plaintiff's claims before proceeding in this court under 42 U.S.C. § 1983. Not so. There being no good cause for granting a stay, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 48) is denied.

Dated: October 5, 2017

	CAROLYN K. DELANEY
	UNITED STATES MAGISTRATE JUDGE

1
vela1131.sty