1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DENICIO VELASQUEZ,                          No.  2:16-cv-1131 JAM CKD P

12              Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   J. ROBUSTELLI,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18   U.S.C. § 1983.  On March 23, 2017, defendant filed a motion to dismiss.  On September 1, 2017,

19   plaintiff was ordered to file an opposition or a statement of non-opposition by October 11, 2017.

20   In the same order, plaintiff was informed that failure to file an opposition would result in a

21   recommendation that this action be dismissed.  Plaintiff has not filed an opposition.

22        For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be

23   dismissed pursuant to Federal Rule of Civil Procedure 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, any party may file written

27   objections with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

1

objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 24, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vela1131.46fr